ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/8/2015 4:03:42 PM
KEITH HOTTLE
CLERK

NO. 14-07-00119-CVL

| | |
|---|---|
| **LAURA LETICIA ZEPEDA VASQUEZ, Individually and on Behalf of the Estate of Jose Abraham Vasquez, Jr.,** *Plaintiff,* <br> **v.** <br><br> **ROSETTA RESOURCES OPER., LP, LEWIS ENERGY GROUP, LP, LEWIS PETRO PROP., INC., LEGEND NAT. GAS III, LP, LEGEND NAT. GAS, LLC, VIRTEX HOLDINGS, LLP, VIRTEX OPER. CO., INC., ENTERPRISE PRODUCTS HOLDINGS, LLC, ENTERPRISE PRODUCTS CO., and XTO ENERGY INC.,** *Defendants* | § **IN THE DISTRICT COURT OF** <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § **LA SALLE COUNTY, TEXAS** <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § **81ˢᵗ JUDICIAL DISTRICT** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/8/2015 4:03:42 PM
KEITH E. HOTTLE
Clerk

**AMENDED NOTICE OF APPEAL**

1.     Plaintiff files this amended notice of appeal pursuant to Tex. R. App. P. 25.1(g).

2.     Plaintiff desires to appeal from the **January 5, 2015**, final order granting all defendants' motions to dismiss pursuant to TEX. R. CIV. P. 91a. This notice of appeal is filed within 30 days of the Court's order.

3.     Plaintiff appeals to the Fourth Court of Appeals in San Antonio.

Respectfully submitted,

**HANSZEN ✦ LAPORTE**

By: _____ /s/ Jeffrey L. Dorrell _____
Jeffrey L. Dorrell
State Bar No. 00787386
jdorrell@hanszenlaporte.com
11767 Katy Freeway, Suite 850
Houston, Texas 77079
Telephone: 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on ____1-8____, 2015, a true and correct copy of the foregoing was sent by:

____ Hand delivery
_X_ Certified mail
_X_ Telephonic document transfer
____ E-service in accordance with TEX. R. CIV. P. 21a(a)(1)

in accordance with TEX. R. CIV. P. 21a to the following counsel of record:

Mr. William A. Abernethy
Donnell, Abernethy & Kieschnick, P.C.
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401
Telephone: 361-888-5551
**FAX: 361-880-5618**
**COUNSEL FOR DEFENDANT ROSETTA RESOURCES OPERATING, LP.**

Mr. David L. Ortega
Naman Howell Smith & Lee, PLLC
1001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: 210-731-6300
**FAX: 210-785-2953**
**COUNSEL FOR DEFENDANTS LEWIS ENERGY GROUP, LP, and LEWIS PETRO PROPERTIES, INC.**

Mr. Christopher Lowrance
Royston, Rayzor, Vickery & Williams, L.L.P.
802 Carancahua, Suite 1300
Corpus Christi, Texas 78401
Telephone: 361-884-8808
**FAX: 361-884-7261**
**COUNSEL FOR DEFENDANTS VIRTEX OPERATING CO., INC., and VIRTEX HOLDINGS, LLP**

Mr. Isaac J. Huron
Davis, Cedillo & Mendoza, Inc.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78213
Telephone: 210-822-6666
**FAX: 210-822-1151**
**COUNSEL FOR DEFENDANTS LEGEND NATURAL GAS III, LP, and LEGEND NATURAL GAS, LLC**

Mr. E. Michael Rodriguez
Atlas, Hall & Rodriguez, L.L.P.
P.O. Box 6369 (78523-6369)
50 W. Morrison Road, Suite A
Brownsville, Texas 78520
Telephone: 956-574-9333
**FAX: 956-574-9337**
**COUNSEL FOR DEFENDANTS ENTERPRISE PRODUCTS HOLDINGS, LLC, and ENTERPRISE PRODUCTS CO.**

Mr. Jose E. Garcia
Garcia & Villareal
4311 N. McColl Road
McAllen, Texas 78504
Telephone: 956-630-0081
**FAX: 956-630-3631**
**COUNSEL FOR DEFENDANT XTO ENERGY, INC.**

/s/ Jeffrey L. Dorrell

**JEFFREY L. DORRELL**